UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:13-00097-21 |
| | ) |
| ROBERT ANTHONY TAYLOR | ) |

## ORDER

The Defendant, Robert Anthony Taylor, appeared before the Court on May 29, 2014, pursuant to an Order entered by the undersigned for alleged violations of his conditions of pretrial release.

For the reasons discussed in open court, it is hereby ORDERED that the Defendant shall remain on pretrial release on the same conditions previously imposed in the Order Setting Condition of Release on June 3, 2013. The defendant shall also, participate in the Residential Treatment Program at Meharry Medical Center as directed by the United States Probation Office. He shall report to intake and assessment on June 2, 2014.

This matter is continued to July 15, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge