UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| ROBERT ANTHONY TAYLOR [21] | ) | |

**O R D E R**

Pursuant to the Notice (Docket No. 613) of Defendant's intention to enter a plea of guilty in this matter, a plea hearing is hereby scheduled for Thursday, September 4, 2014, at 2:30 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE